UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ROBERT R. DEVRIES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:14-cv-185-CLC-SKL |
| v. ) | |
| ) | |
| SAM'S EAST, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is a motion to withdraw [Doc. 5] filed by Robert R. Devries ("Plaintiff") seeking leave for Attorney William H. Payne to withdraw as counsel of record for Plaintiff. Plaintiff represents Attorney Payne will no longer be employed by the law firm of Burnette, Dobson & Pinchak and Attorneys Harry F. Burnette and Frank P. Pinchak and the law firm of Burnette, Dobson, and Pinchak will continue to represent Plaintiff in this action.

Accordingly, the motion to withdraw [Doc. 5] is **GRANTED**. The Clerk is **DIRECTED** to terminate Attorney William H. Payne as counsel of record for Plaintiff.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE